NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

```
              FILED
       CLERK, U.S. DISTRICT COURT

            MAR 3 2022

     CENTRAL DISTRICT OF CALIFORNIA
     BY: _____KMH_____ DEPUTY
```

ATTORNEY(S) FOR: Plaintiff - Pro Se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS<br><br>Plaintiff(s),<br>v.<br>CALIFORNIA PRO BUILDERS, LA HOME CONTRACTOR INC, ASHER PERETZ, THOMAS SHABTAY, and TOMER SOLOMON<br>Defendant(s) | CASE NUMBER:<br>2:22-cv-01437-RGK-MRWx<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff, pro se,_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CALIFORNIA PRO BUILDERS | Defendant. |
| LA HOME CONTRACTOR INC | Defendant. |
| ASHER PERETZ | Defendant. |
| THOMAS SHABTAY | Defendant. |
| TOMER SOLOMON | Defendant. |
| Jorge Alejandro Rojas | Plaintiff |

03/03/2022
Date

/s/ Jorge Alejandro Rojas
Signature

Attorney of record for (or name of party appearing in pro per):

Jorge Alejandro Rojas